UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

DAGOBERTO GONZALEZ,

          *Defendant.*

~~PROPOSED ORDER~~

20 Cr. 335 (JSR)

JED S. RAKOFF, United States District Judge:

After considering Mr. Gonzalez's application at the bail review hearing held on September 2, 2020, IT IS HEREBY ORRDERED that the defendant's conditions of pretrial release are modified to remove the condition of home detention enforced by electronic monitoring. All other conditions are to remain in effect.

**SO ORDERED:**

Dated: New York, New York
      September 2, 2020

_____
THE HONORABLE JED S. RAKOFF.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK