```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :    20-cr-335 (JSR)
            -v-                      :
                                     :
DAGOBERTO GONAZALEZ,                 :    ORDER
JOSE VIZCAINO CRUZ,                  :
SANTO AGRAPINO TEJADA MOTA,          :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

This will serve to record that, on December 18, 2020, the Court excluded time in the interest of justice pursuant to 18 U.S.C. § 3161 as to all defendants from February 1, 2021 (the previously scheduled trial date) until July 12, 2021 (the currently scheduled trial date). The Court did so, with the defendants' consent, because defense counsel had conflicts that precluded an earlier trial date.

SO ORDERED

Dated: New York, NY
       May 13, 2021

                                           JED S. RAKOFF, U.S.D.J.